IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 MAR -9 PM 3: 10

TX EASTERN TEXARKANA

BY _____

| | | |
|---|---|---|
| CODY WHEELER, DON DAVIS, and DAVEY WILLIAMS, | § § § § | |
| Plaintiffs, | § § | NO. 502 CV 136 |
| vs. | § § | JURY DEMAND CLASS ACTION |
| PILGRIM'S PRIDE CORPORATION, | § § § | |
| Defendant. | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH DISCOVERY ORDER

Defendant Pilgrim's Pride Corporation ("Pilgrim's Pride") files its Unopposed Motion to Comply with Magistrate Judge Caroline Craven's Order signed February 23, 2004, and states as follows:

1. This Motion is unopposed.

2. Pilgrim's Pride requests the Court to extend its deadline to comply with Judge Craven's Order relating to discovery at least 30 days or to and including April 8, 2004.

3. The Court should grant the requested relief because Pilgrim's Pride is continuing to pull information dating back to 1997 and needs additional time to collect and prepare for production responsive materials.

4. During the 30-day extension of time requested, Pilgrim's Pride will produce information as it becomes available.

5. To date, Pilgrim's Pride has produced over 20,000 pages of responsive documents.

6. The Court should also grant the requested relief because Plaintiffs recently filed a motion requesting the Court to reconsider Judge Craven's Order.

7. Plaintiffs will not be prejudiced by the relief requested herein. Conversely, Pilgrim's Pride will be prejudiced because it cannot satisfy the 15-day deadline imposed by Judge Craven for producing responsive information.

8. This Motion is not filed solely for purposes of delay, but so that justice may be done.

Respectfully submitted,

By: _____
Mark D. Taylor
Attorney-in-Charge
State Bar No. 1913250
mark.d.taylor@bakernet.com
Clayton E. Bailey
State Bar No. 00796151
clayton.e.bailey@bakernet.com

BAKER & McKENZIE
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
(214) 978-3000 - Telephone
(214) 978-3099 – Telecopier

ATTORNEYS FOR DEFENDANT
PILGRIM'S PRIDE CORPORATION

### CERTIFICATE OF CONFERENCE

I hereby certify that on March 9, 2004, I contacted Kurt Truelove regarding the merits of this Motion. Mr. Truelove represented that Plaintiffs are not opposed to the relief requested herein.

_____
Clayton E. Bailey

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2004, I served a true and correct copy of the foregoing document via first class mail to Kelly Tidwell, Patton, Tidwell & Schroeder, LLP, 4605 Texas Boulevard, Texarkana, Texas 75505-5398

_____
Clayton E. Bailey